UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22-cv-02831-MEMF-AFM                                    Date:  June 24, 2022

Title   Roxanne Teresa Rojas v. Kilolo Kijakazi

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

  Pursuant to the Court's Order of April 29, 2022 (ECF No. 9), plaintiff was ordered to file a Proof of Service showing compliance with Paragraph 1 of the Court's Order within thirty (30) days of the date of the Order, i.e., by May 29, 2022.  To date, the Proof of Service has not been filed with the Court.  Accordingly, no later than July 8, 2022, plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and failure to follow Court orders.  Filing of the Proof of Service on or before July 8, 2022, shall be sufficient for discharge of this Order to Show Cause.

  IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |