**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE T. R., | Case No. 2:22-cv-02831-AFM |
|            Plaintiff, | |
|    v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|            Defendant. | |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED:  6/12/2023

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE